**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: 1:05CR00465-01 |
| ) | |
| Salvador Prado-Arriola ) | |

On May 20, 1997, in the Western District of Texas, the above-named was sentenced to 120 months custody of the Bureau of Prisons with a 5-year term of supervised release to follow, which commenced on January 30, 2004. He has complied with the rules and regulations of supervision. It is accordingly recommended that Salvador Prado-Arriola be discharged from supervision.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.
United States Probation Officer**

Dated:  April 4, 2007
        Modesto, California
        PRH/lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
        **Deborah A. Spencer
        Supervising United States Probation Officer**

**Re:     Salvador Prado-Arriola**
        **Docket Number:   1:05CR00465-01**
        **ORDER TERMINATING SUPERVISED RELEASE**
        **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that Salvador Prado-Arriola be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   April 5, 2007**                     /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE